**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cr-00345-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PHILLIP CHADWICK,

    Defendant.

---

**ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS**

---

    IT IS ORDERED that, at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

    DATED: March 15, 2013

                                        BY THE COURT:

                                        _____
                                        Christine M. Arguello
                                        United States District Judge